**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DCCITIZENS.COM** ) | |
| 5335 Wisconsin Avenue, N.W. ) | |
| Suite 640 ) | |
| Washington, DC 20015, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| **NATIONAL PARK SERVICE** ) | |
| 1849 C Street, N.W. ) | |
| Washington, DC 20240, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Complaint for Injunctive and Declaratory Relief**

1) This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552; and the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201, 2202.  Plaintiff seeks injunctive and declaratory relief to compel defendant National Park Service to disclose requested records.

**Jurisdiction and Venue**

2) This court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B).  This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §§ 2201(a) & 2202.  Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

**The Parties**

3) Plaintiff DCCitizens.com is a District of Columbia home rule and civic advocacy organization. Its website focuses on threats to DC's autonomy, congressional and federal interference in local governance, and DC's lack of statehood protections.

4) Defendant National Park Service ("NPS") is a component of the Department of the Interior and is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, DC.  NPS has possession, custody, and control of records to which plaintiff seeks access.

**Background**

5) The Newlands Wayside Panel was an interpretive sign installed by the National Park Service at Chevy Chase Circle, a federal park straddling the border of Washington, DC and Maryland, on the southeast perimeter of the Francis Griffith Newlands Memorial Fountain.  The panel provided historical context for the fountain, which memorializes Francis Griffith Newlands, a U.S. Senator from Nevada and founder of the Chevy Chase Land Company, who advocated for the repeal of the 15th Amendment, sought to exclude Black and Jewish residents from the neighborhood he developed, and promoted white supremacist policies.  The panel was installed following years of community advocacy and congressional pressure to contextualize the memorial.

6) Executive Order 14253, signed by President Trump in March 2025, directed federal agencies to review and remove interpretive materials at national parks and other public lands that the administration deemed to "inappropriately disparage Americans past or living."  Secretary's Order 3431, issued by Interior Secretary Burgum in May 2025, implemented that directive within the National Park Service, requiring review and removal of content deemed inconsistent with the administration's historical priorities.  At some point following the issuance of those orders, the Newlands Wayside Panel was removed from its location at Chevy Chase Circle.  The circumstances of the removal, including the date, the identity of the decision-maker, and the current disposition of the panel, are not publicly known.

**Plaintiff's FOIA Request**

7) Plaintiff submitted a FOIA request to NPS via the FOIA.gov portal on March 2, 2026, requesting "all records in its possession, custody, or control relating to the removal of the Newlands Wayside Panel located at Chevy Chase Circle in Washington, DC, including any actions taken in connection with Executive Order 14253 ('Restoring Truth and Sanity to American History') and/or Secretary's Order 3431."

8) Plaintiff requested a waiver of any processing fees associated with its request, on the grounds that disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of government operations and activities, and is not primarily in the requester's commercial interest.

9) The FOIA.gov portal informed plaintiff on March 2, 2026: "Your FOIA request has been created and is being sent to the National Park Service."  Also on March 2, plaintiff received an email message stating, "We would like to inform you that the Department of the Interior has received your NPS FOIA request and assigned it the control number DOI-2026-004277."

10)  To date, defendant NPS has not provided any responsive records to plaintiff, responded to its request for a fee waiver,  or otherwise rendered a determination of plaintiff's request.

**CAUSE OF ACTION**

**Violation of the Freedom of Information Act for
Wrongful Withholding of Agency Records**

11) Plaintiff repeats and realleges paragraphs 1-10.

12) Plaintiff has exhausted the applicable and available administrative remedies with respect to defendant's processing of plaintiff's FOIA request.

3

13)  Defendant has wrongfully withheld the requested records from plaintiff by failing to comply with the statutory time limit for rendering a determination or response to plaintiff's FOIA request.

14)  Plaintiff is entitled to injunctive relief with respect to the release and disclosure of the requested documents.

## Requested Relief

WHEREFORE, plaintiffs pray that this Court:

A.  order defendant NPS to disclose the requested records in their entirety and make copies available to plaintiffs, with all processing fees waived;

B.  provide for expeditious proceedings in this action;

C.  award plaintiff its costs and reasonable attorneys fees incurred in this action; and

D.  grant such other relief as the Court may deem just and proper.

Respectfully submitted,

DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*

4