UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DCCITIZENS.COM,

       Plaintiff,

    v.

NATIONAL PARK SERVICE,

       Defendant.

Civil Action No. 26-1194 (CRC)

## JOINT STATUS REPORT

Pursuant to the Court's May 19, 2026, Minute Order, Plaintiff DCCitizens.Com and Defendant National Park Service respectfully submit the Parties' first joint status report.

This case concerns Plaintiff's Freedom of Information Act ("FOIA") request for records relating to "the removal of the Newlands Wayside Panel" in Washington, DC.  *See* Compl. (ECF No. 1).  Plaintiff filed his complaint on April 8, 2026, and Defendant timely answered on May 18, 2026.

Defendant reports that it plans to issue an interim response letter to Plaintiff by June 5, 2026, responding to Part 5 of Plaintiff's request seeking public feedback received through the NPS QR code and Touchpoints feedback system related to the Newlands Wayside Panel.  Defendant continues to gather remaining potentially responsive records and anticipates completing searches by June 5, 2026.  Defendant anticipates producing a portion of the responsive records by June 30, 2026, and thereafter reviewing approximately 500 pages of potentially responsive material each month and providing rolling productions of any responsive non-exempt records.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in thirty days, on July 2, 2026, updating the Court on the status of the processing of Plaintiff's FOIA request.

Dated: June 2, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  __/s/Rashad Hussain__
RASHAD HUSSAIN, D.C. BAR #985178
Assistant United States Attorney
United States Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-7725
Rashad.Hussain@usdoj.gov
Attorneys for United States of America

*Attorneys for the United States of America*